**United States District Court
for the District Of New Jersey**

| | |
|---|---|
| JAMES ROSARIO<br><br>       Plaintiff,<br><br>  v.<br><br>THE STATE OF NEW JERSEY;<br>DEPARTMENT OF CORRECTIONS OF THE<br>STATE OF NEW JERSEY; COMMISSIONER<br>GARY M. LANIGAN; WARDEN PAUL<br>LAGANA; C.O. SAUNDERS; C.O. DASHER;<br>C.O. HAWKINS; JOHN DOES 1-10<br><br>       Defendants. | Civil No.: 13-4380 (KSH)<br><br>**<u>Order</u>** |

And now, for the reasons set forth in the accompanying opinion,

IT IS, on this 16th day of January, 2014,

**ORDERED** that the motion to dismiss/for summary judgment [D.E. 8] is **GRANTED IN PART** and **DENIED IN PART**:

- Counts five, six, and eight are dismissed;

- The claims against the State, the Department of Corrections, and Lagana in his official capacity are dismissed in their entirety;

- The claims against Lagana in his individual capacity are dismissed and **as to those claims only,** plaintiff is permitted to file an amended complaint on or before January 27, 2014.

- Defendants' motion is denied in all other respects;

- Defendants' motion for summary judgment as to certain claims is denied;

- No further motion practice will be permitted pending further order of the Court.

- The parties are directed to appear on March 24, 2014 before Magistrate Judge Cathy Waldor for the scheduled Rule 16 conference.

        /s/ Katharine S. Hayden
        Katharine S. Hayden, U.S.D.J.